No. 6749.—Feliciano, apldo., *v.* López, etc., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆ Diciembre 13, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, examinadas la moción de desestimación de la parte apelada así como la oposición del apelante y las partes del récord a que se refieren los litigantes no estamos convencidos de que la apelación sea claramente frívola;

Por cuanto, aún en el supuesto de que la incapacidad permanente del apelado se probó a satisfacción de la corte inferior tenemos la duda a pesar del convenio de las partes si en un recurso de *mandamus* el peticionario puede traer ante el juez por primera vez prueba de tal incapacidad permanente:

Por tanto, *no ha lugar* a la desestimación solicitada.

No. 6880.—E. Franklin & Cía., aplda., *v.* Fernández y Collado, haciendo negocios bajo el nombre de Empresa Arcofer, apltes.—C. D. San Juan. ▆▆▆▆▆▆▆ Diciembre 14, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la parte apelada pide la desestimación de este recurso por frívolo;

Por cuanto, para discutir tal cuestión tuvo que entrar en el examen de la prueba presentada en juicio;

Por cuanto, no tenemos ante nosotros una certificación de la prueba presentada en la corte inferior, no siendo suficiente para los fines de la desestimación que la moción esté jurada.

Por tanto, se declara sin lugar la moción de desestimación.